# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135749

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARTENEZ DOREZ WISE,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135749
COA: 277915
Oakland CC: 2005-203178-FC

     On order of the Court, the application for leave to appeal the December 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk